DAVID C. PARISI (SBN 162248)
PARISI & HAVENS, LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
Telephone: (818) 990-1299
dcparisi@parisihavens.com

MICHAEL J. ASCHENBRENER
(maschenbrener@edelson.com)
CHRISTOPHER L. DORE
(cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALAN CLARIDGE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROCKYOU, INC., a Delaware corporation, <br><br> Defendant. | Case No. 09-CV-6032 -PJH <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING THE FEBRUARY 24, 2011 CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
09-CV-6032 -PJH

# STIPULATION TO RESCHEDULE
# CASE MANAGEMENT CONFERENCE

Plaintiff and Defendant hereby stipulate and agree as follows:

WHEREAS, On December 28, 2010, the Court entered an order setting the case management conference ("CMC") for February 24, 2011 at 2 p.m. (Dkt. 38).

WHEREAS, Michael Aschenbrener, counsel for Plaintiff, has a conflict, and is unable to attend the February 24, 2011 CMC.

WHEREAS, Plaintiff and Defendant conferred on February 9, 2011 and February 17, 2011, and agreed to continue the case management conference from February 24, 2011, to March 10, 2011, pending the Court's approval.

IT IS HEREBY STIPULATED and agreed as follows:

1.  The case management conference in this case is hereby continued from February 24, 2011 at 2 p.m. to March 10, 2011 at 2 p.m., or a date convenient for the Court.

Respectfully submitted,

Dated: February 17, 2011        By: s/ Michael Aschenbrener
                                Michael Aschenbrener
                                EDELSON MCGUIRE LLC
                                One of the Attorneys for Plaintiff

Dated: February 17, 2011        By: s/ Daniel Weinberg
                                Daniel Weinberg
                                ORRICK, HERRINGTON & SUTCLIFFE, LLP
                                One of the Attorneys for Defendant

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

                                By:_____
Dated this __22nd__ day of __February__, 2011   THE HONORABLE PHYLLIS J. HAMILTON
                                UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
09-CV-6032 -PJH

## PROOF OF SERVICE

The undersigned certifies that, on February 17, 2010, he caused the document titled STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

s/ Michael J. Aschenbrener
Michael J. Aschenbrener
