**PROOF OF SERVICE**

The undersigned certifies that, on May 11, 2011, he caused a true and correct copy of Plaintiff's Second Amended Complaint to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: May 11, 2011                             By: /s/ Michael Aschenbrener
                                                Michael Aschenbrener

PROOF OF SERVICE -- SECOND AMENDED COMPLAINT
09-cv-6032-PJH